PS 8
(3/15)

Case 2:16-cr-00204-WFN    Document 22    Filed 02/17/17

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | CONTRERAS, Javier Vargas | Docket No. | 2:16-CR-00204-SAB-1 |

**Petition for Action on Conditions of Pretrial Diversion**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Javier Vargas Contreras, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 31st day of December 2016, under the following conditions:

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation No. 1:** On January 31, 2017, Javier Vargas Contreras, Jr. tested positive for the use of methamphetamine.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: February 17, 2017 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action

[ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   The incorporation of the violations contained in this

    petition with the other violations pending before the

    Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

                                                      Signature of Judicial Officer

                                                      February 17, 2017

                                                      Date