⚖ PS 8 (3/15)

Case 2:16-cr-00204-RMP    ECF No. 43    filed 03/28/17    PageID.74    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    CONTRERAS, Javier Vargas    Docket No.    2:16-CR-00204-WFN-1

### Petition for Action on Conditions of Pretrial Diversion

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Javier Vargas Contreras, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 31st day of December 2016, under the following conditions:

**Standard Condition # 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**Special Condition #27**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Service, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation #1:** On February 22, 2017, Javier Vargas Contreras, Jr. tested positive for the use of methamphetamine.

**Violation #2:** On March 16, 2017, Javier Vargas Contreras, Jr. failed to report for urine drug testing as required.

**Violation #3:** On March 21, 2017, Javier Vargas Contreras, Jr. admitted, in writing, that he had used methamphetamine on or about March 19, 2017.

REQUESTING A SUMMONS BE ISSUED

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
| by | Executed on: 03/27/2017 |
|  | s/Curtis G. Hare |
|  | Curtis G. Hare |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action

[ ]   The Issuance of a Warrant

[X]   The Issuance of a Summons

[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer

3/28/2017

Date