# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        CONTRERAS, Javier Vargas              Docket No.    2:16-CR-00204-WFN-1

**Petition for Action on Conditions of Pretrial Diversion**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Javier Vargas Contreras, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 31st day of December 2016, under the following conditions:

**Standard Condition No. 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition No. 27:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Service, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation No. 1:** On March 29, 2017, Javier Vargas Contreras, Jr. failed to report for urine drug testing as instructed.

**Violation No. 2:** On April 4, 2017, Javier Vargas Contreras, Jr. failed to submit a written monthly report as required by the U.S. Probation Office. Mr. Contreras also failed to report by telephone on March 27, 2017, and April 3, 2017, as required.

REQUESTING A WARRANT BE ISSUED AND VIOLATIONS BE INCORPORATED AT THIS TIME

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 6, 2017 |
|  | s/Curtis G. Hare |
|  | Curtis G. Hare |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_____
Signature of Judicial Officer

April 7, 2017
_____
Date