PROB 12C
(6/16)

Report Date:  February 10, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 10, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras           Case Number: 0980 2:16CR00204-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

Original Offense:        Distribution of a Mixture and Substance Containing a Detectable Amount of
                         Methamphetamine, 21 U.S.C. §  841(a)(1),(b)(1)(C)

Original Sentence:       Prison 48 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Richard R. Barker             Date Supervision Commenced: August 26, 2020

Defense Attorney:        Roger Peven                   Date Supervision Expires: August 25, 2025

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before January 27, and 31, 2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020.  He verbally acknowledged an understanding of his conditions, which includes special condition number 4, as noted above.

On January 27, 2022, Mr. Contreras reported to Social Treatment Opportunity Programs (STOP) and provided a urinalysis (UA) sample, which returned presumptive positive for amphetamine/methamphetamine.  Mr. Contreras signed an admission/denial form at STOP denying the use of the controlled substance.  The sample was sent to Alere Toxicology

Prob12C
**Re: Contreras, Javier Vargas**
**February 10, 2022**
**Page 2**

Services, Incorporated (Alere) for confirmation.  On February 6, 2022, Alere reported Mr. Contreras' UA sample was confirmed positive for the presence of amphetamine/methamphetamine.

On January 31, 2022, Mr. Contreras reported to STOP and provided a UA sample, which returned presumptive positive for amphetamine/methamphetamine.  Mr. Contreras signed an admission/denial form at STOP denying the use of the controlled substance.  The sample was sent to Alere for confirmation.  On February 6, 2022, Alere reported Mr. Contreras' UA sample was confirmed positive for the presence amphetamine/methamphetamine.

On February 7, 2022, this officer requested Alere Toxicology review Mr. Contreras' prescribed medication and the specimens collected on January 27, and 31, 2022.  On this same date, this officer received an electronic mail (email) correspondence from Alere reporting Mr. Contreras' medication will not result in the detection of methamphetamine/amphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 10, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ x]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

2/10/2022

Date