PROB 12C
(6/16)

Report Date: March 11, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras          Case Number: 0980 2:16CR00204-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison 48 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | August 26, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: | August 25, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/10/2022 and 2/24/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

4 | **Standard Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before February 24, and March 7, 2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 4, as noted above.

On February 23, 2022, this officer requested Alere Toxicology, Incorporated (Alere) review Mr. Contreras' reported prescribed medications as the possibility of resulting in a confirmed positive urinalysis (UA) for methamphetamine. On February 28, 2022, this officer received

Prob12C
**Re: Contreras, Javier Vargas**
**March 11, 2022**
**Page 2**

        a laboratory interpretation letter from Alere confirming Mr. Contreras' reported prescribed medication will not result in a positive UA for methamphetamine.

        On February 24, 2022, Mr. Contreras reported to the U.S. Probation Office as directed. During this same appointment, the offender expressed to this officer he did not take his prescribed medication, or a non-prescribed controlled substances, since he last informed this officer that he had discontinued taking his prescribed medication on February 16, 2022. Subsequently, Mr. Contreras was instructed to submit to a UA. The sample returned presumptive positive for amphetamine/methamphetamine. Mr. Contreras signed an admission/denial form, denying the use of the controlled substance. He then expressed to this officer that about 1 or 2 days prior he took one of his prescribed pain medications that he had previously reported to this officer. The sample was sent to Alere for confirmation.

        On March 3, 2022, Alere reported Mr. Contreras' UA was confirmed positive for the presence of amphetamine/methamphetamine.

        On March 7, 2022, Mr. Contreras reported to Social Treatment Opportunity Programs (STOP) and provided a UA sample, which returned presumptive positive for amphetamine/methamphetamine. Mr. Contreras signed an admission/denial form at STOP denying the use of the controlled substance. The sample was sent to Alere for confirmation and results remain pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

        I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | March 11, 2022 |
|---|---|
| | s/Araceli Mendoza |
| | Araceli Mendoza<br>U.S. Probation Officer |

Prob12C
**Re: Contreras, Javier Vargas**
**March 11, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

3/11/2022
Date