PROB 12C
(6/16)

Report Date:  April 26, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2022

SEAN F. MᶜAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras        Case Number: 0980 2:16CR00204-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

Original Offense:        Distribution of a Mixture and Substance Containing a Detectable Amount of
                         Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(C)

Original Sentence:       Prison 48 months          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Richard R. Barker          Date Supervision Commenced: August 26, 2020

Defense Attorney:        Christina Wong             Date Supervision Expires: August 25, 2025

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/10/2022, 2/24/2022 and 3/11/2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020.  He verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before April 11, 2022.

On April 11, 2022, Mr. Contreras reported to Social Treatment Opportunity Programs (STOP) and provided a urinalysis, which returned presumptive positive for amphetamine/methamphetamine.  Mr. Contreras signed an admission/denial form at STOP denying the use of the controlled substance.  The sample was sent to Alere Toxicology,

**Prob12C**
**Re: Contreras, Javier Vargas**
**April 26, 2022**
**Page 2**

Incorporated (Alere), for confirmation.  On April 17, 2022, Alere reported Mr. Contreras' UA sample was confirmed positive for the presence of amphetamine/methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 26, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ x ]  The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[ x ]  Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

4/27/2022

Date