PROB 12C
(6/16)

Report Date: July 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras        Case Number: 0980 2:16CR00204-RMP-1

Address of Offender: ███████████████  Beverly, Washington 99321

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: August 26, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: August 25, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 2/10/2022, 2/24/2022, 3/11/2022, 4/26/2022, and 5/19/2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020.  He verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by failing to submit to a random urinalysis (UA) at Social Treatment Opportunity Programs (STOP), on July 7, 2022.<br><br>On April 26, 2020, Mr. Contreras reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program.  He was instructed to call STOP's federal colorline system and when his assigned color was called, he was to report and submit a UA. |

Prob12C
**Re: Contreras, Javier Vargas**
July 25, 2022
Page 2

On June 24, 2022, during an office appointment, Mr. Contreras was reminded of the substance abuse testing instructions. He was instructed to resume calling STOP's federal colorline system daily and when his assigned color was called, he was to report and submit to a UA.

On July 8, 2022, this officer received an electronic message from STOP reporting that Mr. Contreras failed to report for a UA on July 7, 2022, despite his color being called.

10     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before July 8, 12, and 20, 2022.

On July 8, 2022, at about 10:55 a.m., this officer made telephonic contact with Mr. Contreras to discuss his missed UA at STOP the previous day. The offender was adamant his color was not called on July 7, 2022. Mr. Contreras expressed to this officer that he forgot to call the colorline after 9 a.m. and indicated he called prior to that time. During this same conversation, this officer directed Mr. Contreras to report to STOP for drug testing before 4 p.m. on this same date. At 5:30 p.m. this officer received a telephone call from STOP reporting Mr. Contreras reported for drug testing and his UA sample returned presumptive positive for fentanyl and methamphetamine. Mr. Contreras signed an admission/denial form at STOP, denying the use of the controlled substances. The sample was sent to Alere Toxicology Incorporated (Alere) for confirmation. On July 22, 2022, Alere reported Mr. Contreras' UA sample was confirmed positive for the presence of amphetamine/methamphetamine.

On July 12, 2022, Child Protection Services (CPS) directed Mr. Contreras to submit to a mouth swab drug test. Mr. Contreras administered the mouth swab drug test in the presence of CPS. The oral fluid collected was sent to CPS's contracted laboratory, Cordant Health Solutions (Cordant), for drug screening. On July 21, 2022, CPS reported to this officer that Cordant reported Mr. Contreras' specimen returned confirmed positive for the presence of methamphetamine on July 19, 2022.

On July 22, 2022, Mr. Contreras reported to the probation office for an office appointment. He was instructed to submit to a random drug test. The offender reported he was unable to provide a UA at the moment and expressed he would be "dirty." Mr. Contreras signed an admission/denial form admitting he consumed methamphetamine on July 20, 2022.

11     **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

Prob12C
**Re: Contreras, Javier Vargas**
**July 25, 2022**
**Page 3**

        **Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by possessing methadone and various prescription medication that were not prescribed to him, which was seized from Mr. Contreras' vehicle during a search of his property on July 14, 2022.

        On July 14, 2022, during a search of Mr. Contreras' vehicles, the following prescription medications were seized: three Ziploc bags each containing three packets of methadone, one packet of acetaminophen, three packs of hydroxyzine, one packet of aripiprazole, one packet of trazadone, one packet of doxepin, one packet of sertraline, and one packet of ibuprophen. The prescription medication was prescribed to an individual by the name of Joseph Hutfles. Mr. Contreras confirmed the prescribed medication that was found was not prescribed his prescribed medication.

12      **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

        **Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by possessing a dangerous weapon, a large machete knife, which was seized from his vehicle during a search of his property on July 14, 2022.

        On July 14, 2022, during a search of Mr. Contreras' vehicles, a large machete knife was seized from the trunk of his vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 25, 2022

        s/Araceli Mendoza

        Araceli Mendoza
        U.S. Probation Officer

Prob12C
Re: Contreras, Javier Vargas
July 25, 2022
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

_____7/25/2022_____
Date