PROB 12C
(6/16)

Report Date: October 5, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras          Case Number: 0980 2:16CR00204-RMP-1

Address of Offender: ███████████████ Beverly, Washington 99321

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

Original Offense:        Distribution of a Mixture and Substance Containing a Detectable Amount of
                         Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - 48 months          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Richard R. Barker            Date Supervision Commenced: August 26, 2020

Defense Attorney:        Christina Wong               Date Supervision Expires: August 25, 2025

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/10/2022, 2/24/2022, 3/11/2022, 4/27/2022, and 5/20/2022, 7/25/2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020.  He verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 13 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before August 8, 2022. |
| | On August 8, 2022, Mr. Contreras reported to the U.S. Probation Office as directed.  He was instructed by this officer to submit to a urinalysis (UA).  Prior to the collection of the UA, Mr. Contreras expressed to this officer that he was "stressed," and consumed methamphetamine on August 6, 2022.  The offender was hesitant about submitting to a UA |

Prob12C
**Re: Contreras, Javier Vargas**
**October 5, 2022**
**Page 2**

and questioned the reason for the collection after his admission to consuming the controlled substance. Mr. Contreras ultimately agreed to submit to the UA and expressed he used the morning of August 7, 2022. The UA returned presumptive positive for the presence of methamphetamine and fentanyl. Mr. Contreras signed an admission/denial form admitting to consuming methamphetamine on August 7, 2022; the offender denied consuming fentanyl. Therefore, the sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. On August 13, 2022, Alere reported Mr. Contreras UA sample to be confirmed negative for fentanyl.

14        **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on September 18 and 23, 2022

On September 19, 2022, Mr. Contreras reported to the U.S. Probation Office as directed. He was instructed by this officer to submit to a UA. Prior to the collection of the UA, Mr. Contreras expressed to this officer that he used methamphetamine on September 18, 2022. The UA returned presumptive positive for the presence of amphetamine/methamphetamine. Mr. Contreras signed an admission/denial form admitting to consuming the controlled substance on September 18, 2022.

On September 23, 2022, Mr. Contreras reported to the United States Probation Office as directed. He was instructed by this officer to submit to a UA. The UA returned presumptive positive for the presence of amphetamine/methamphetamine. Mr. Contreras signed an admission/denial form denying the use of the controlled substance, since his last reported use on September 18, 2022. On September 30, 2022, Alere reported Mr. Contreras UA sample to be confirmed positive for methamphetamine.

15        **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by failing to submit to a random UA at the U.S. Probation Office on September 26, 2022.

On April 26, 2020, Mr. Contreras reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program.

On August 1, 2022, he was instructed to call Merit Resource Services (Merit) federal drug testing colorline system and when his assigned color was called, he was to report and submit a UA sample at any of the Merit offices or the United States Probation Office. The offender

**Prob12C**
**Re: Contreras, Javier Vargas**
**October 5, 2022**
**Page 3**

verbalized an understanding expressed it was more convenient and he felt more comfortable reporting to the probation office for UA testing. Therefore, Mr. Contreras was directed to continue to call Merit's federal drug testing colorline system and report to the probation office when his color was called.

On September 26, 2022, Mr. Contreras' assigned color (gold) was called and he failed to report to the U.S. Probation Office for a UA.

On September 27, 2022, this officer made telephonic contact with Merit staff and confirmed the color gold was called the previous day for federal UA testing.

16          **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** Mr. Contreras is alleged to have violated his conditions of supervised release by failing to follow his probation officer's instructions on September 27, 2022.

On September 27, 2022, this officer made telephonic contact with Mr. Contreras 7 minutes prior to his online substance abuse intensive outpatient group commencing at 10:30 a.m. The offender expressed he was getting ready to enter his substance abuse treatment class. Therefore, this officer instructed Mr. Contreras to make telephonic contact with this officer after his treatment class, at 12:30 p.m., which he failed to do.

17          **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, methamphetamine, on September 27, 2022.

On September 28, 2022, Mr. Contreras reported to the U.S. Probation Office. During this same office visit, he admitted to using methamphetamine on September 27, 2022. Mr. Contreras signed an admission/denial form admitting to using the controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 5, 2022

                 s/Araceli Mendoza

                 Araceli Mendoza
                 U.S. Probation Officer

**Prob12C**
**Re: Contreras, Javier Vargas**
**October 5, 2022**
**Page 4**


THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the
         case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____
                    10/6/2022

Date