PROB 12C
(6/16)

Report Date: November 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vargas Contreras          Case Number: 0980 2:16CR00204-RMP-1

Address of Offender:                    Beverly, Washington 99321

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: August 26, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: August 25, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/10/2022, 2/24/2022, 3/11/2022, 4/27/2022, 5/20/2022, 7/25/2022, and 10/06/2022.

Per COVID-19 procedures, Mr. Contreras' supervised release conditions were verbally reviewed with him on August 26, 2020.  He verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before November 4, 2022.<br><br>On November 4, 2022, this officer conducted a home visit for the purpose of monitoring the offender's compliance.  Mr. Contreras was instructed by this officer to submit to a urinalysis (UA); Mr. Contreras was hesitant about providing a UA but ultimately complied. The sample |

Prob12C
# Re: Contreras, Javier Vargas
**November 9, 2022**
**Page 2**

        returned presumptive positive for amphetamine/methamphetamine. Mr. Contreras denied the use of the controlled substance and signed an admission/denial form denying the use of amphetamine/methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. As of the writing of this report, results have not been received.

19      **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before November 7, 2022.

        On October 28, 2022, Mr. Contreras was instructed to call Merit Resource Services (Merit) Federal Drug Testing Colorline System and when his assigned color was called, he was to report and submit to a UA at the United States Probation Office.

        On November 7, 2022, Mr. Contreras assigned color, gold, was called. He reported to the United States Probation Office and provided a UA, which returned presumptive positive for amphetamine/methamphetamine. Mr. Contreras signed an admission/denial form admitting to consuming the controlled substance on November 5, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

        I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | November 9, 2022 |
|---|---|
| | s/Araceli Mendoza |
| | Araceli Mendoza<br>U.S. Probation Officer |

Prob12C
**Re: Contreras, Javier Vargas**
**November 9, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/9/2022
Date