PROB 12C
(6/16)

Report Date: August 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier Vargas Contreras | Case Number: 0980 2:16CR00204-RMP-1 |
| Address of Offender: ▇▇▇▇▇ Beverly, Washington 99321 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(11/16/2022) | Prison - 11 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | August 1, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | July 31, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 1, 2023, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by failing to follow this officer's instructions on August 1, 2, and 4, 2023.<br><br>On August 1, 2023, during Mr. Contreras' intake appointment, he reported to this officer that he secured a residence in Beverly, Washington. The offender reported he did not know the physical address of the property. This officer instructed Mr. Contreras to provide his reported physical address to this officer by the end of the day. He stated he would provide it to this officer later that same evening. The offender failed to provide this officer his address on August 1, 2023. |

Prob12C
**Re: Contreras, Javier Vargas**
**August 14, 2023**
Page 2

On August 2, 2023, via a text message, this officer instructed Mr. Contreras to provide his current residential address by the end of the day, which he failed to do.

On August 4, 2023, during a telephonic conversation, this officer instructed Mr. Contreras to provide this officer his current residential address. The offender reported that he did not know his address but would provide it to this officer later that same date. This officer instructed the offender to share his location with this officer or send his physical address to this officer by the end of the day, which he again failed to do.

2	**Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by failing to reside at a pre-approved residence as of August 4, 2023.

On August 1, 2023, during Mr. Contreras' intake appointment, he reported to this officer that he had secured a residence in Beverly, Washington. The offender reported he did not know the physical address of the property and stated he would provide it to this officer later that same evening. This officer reminded Mr. Contreras that this officer is required to complete an investigation of his proposed residence. On that same date, this officer spoke with the reported property owner, Arnoldo Tapia, who was waiting for Mr. Contreras outside the courthouse. Mr. Tapia expressed to this officer that he did not know the physical address of his property but expressed Mr. Contreras was welcome to reside on his property for as long as he needed. This officer informed Mr. Tapia and Mr. Contreras that this officer needed the property address to conduct a home investigation and the approval of the proposed residence would be contingent on the residence meeting the necessary requirements.

On August 2, 2023, via a text message, this officer instructed Mr. Contreras to provide his current residential address by the end of the day, which he failed to do.

On August 4, 2023, during a telephonic conversation, this officer instructed Mr. Contreras to provide this officer his current residential address. The offender reported to this officer that he did not know his address but would provide it to this officer later that same date. This officer instructed the offender to share his location with this officer or send his physical address to this officer by the end of the day, which he failed to do. To date, Mr. Contreras' living arrangements are unknown.

3	**Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Contreras, Javier Vargas**
**August 14, 2023**
**Page 3**

<u>**Supporting Evidence**</u>: Mr. Contreras is alleged to have violated his supervised release conditions by failing to complete a substance abuse evaluation on August 7, 2023.

On August 2, 2023, this officer assisted Mr. Contreras in scheduling a substance abuse assessment appointment at Merit Resource Services (Merit) in Yakima, Washington. On that same date, this officer informed the offender of his scheduled assessment appointment for August 7, 2023. Later that same date, Mr. Contreras was informed that the Department of Children, Youth, and Families (DCYF) could potentially provide him transportation to and from his assessment appointment on August 7, 2023. The offender was reminded to make contact with his DCYF social worker for transportation scheduling.

On August 4, 2023, during a telephonic conversation, this officer confirmed with Mr. Contreras that DCYF had committed to transporting him to and from Merit on August 7, 2023.

On August 7, 2023, during a telephonic conversation, DCYF expressed to this officer that Mr. Contreras had failed to provide their office with his current address and they were unclear as to the location where they would pick him up. During that same conversation, DCYF reported they were in Beverly, Washington, and were attempting to make telephonic contact with Mr. Contreras to assist in transporting the offender to and from his substance abuse assessment appointment scheduled for that same date. At 11:08 a.m., this officer, again, attempted to make telephonic contact with Mr. Contreras after DCYF reported that they were attempting to locate Mr. Contreras to transport him to his substance abuse appointment. Unfortunately, the offender failed to answer this officer's telephone calls, and his whereabouts were unknown.

On August 8, 2023, during a telephonic conversation, Merit reported to this officer that Mr. Contreras failed to report for his assessment on August 7, 2023. The counselor reported the offender was a no call/no show to his scheduled appointment.

4       <u>**Special Condition # 4**</u>: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Mr. Contreras is alleged to have violated his supervised release conditions by failing to submit to a random urinalysis (UA) at Merit on August 9, 2023.

On August 1, 2023, Mr. Contreras reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. He was instructed to call Merit's federal colorline system beginning August 2, 2023, and when his assigned color was called, he was to report and submit a UA sample.

On August 10, 2023, Merit reported to the United States Probation Office that Mr. Contreras failed to report and provide a UA on August 9, 2023.

| | | |
|---|---|---|
| 5 | | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by failing to report to the United States Probation Office as instructed by this officer on August 7, 2023.

On August 7, 2023, at 10:03 a.m. this officer sent Mr. Contreras a text message instructing him to report to the United States Probation Office following his substance abuse assessment at 1 p.m. on that same day. At 11:08 a.m., this officer attempted to make telephonic contact with Mr. Contreras after DCYF reported that they were in Beverly, Washington, attempting to pick up Mr. Contreras to transport him to Merit, but he was not answering their text messages or phone calls and his whereabouts were unknown.

Mr. Contreras failed to report to the United States Probation Office on August 7, 2023, and his current whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Araceli Mendoza

August 14, 2023

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

8/14/2023
Date