PROB 12C
(6/16)

Report Date: September 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier Vargas Contreras | Case Number: 0980 2:16CR00204-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 15, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(11/16/2022) | Prison - 11 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Stephanie A Van Marter | Date Supervision Commenced: August 1, 2023 | |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: July 31, 2026 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/14/2023.

On August 1, 2023, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: Mr. Contreras is alleged to have violated his supervised release conditions by leaving the judicial district without permission on or before September 9, 2023. |

Prob12C
**Re: Contreras, Javier Vargas**
**September 13, 2023**
**Page 2**

On September 9, 2023, the United States Marshals Service (USMS) contacted the probation office and reported the United States Border Patrol at the Canadian border arrested the offender on the instant supervised release violation warrant issued on August 14, 2023.

On September 11, 2023, the USMS confirmed Mr. Contreras was arrested while crossing the border from Canada into Blaine, Washington, on September 9, 2023. The offender did not have permission to leave the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 13, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*s/ Senior Judge Lonny R. Suko*

Signature of Judicial Officer

9/14/2023

Date